FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 30 2024 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

Vincent Clement, on behalf of himself and all others similarly situated,

                    Plaintiff,

Civil Action No:
1:23-cv-7667

-v.-

Edward McKey Hallowell MD PC

                    Defendants.

-------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 26, 2024

| For Plaintiff Vincent Clement | For Defendant Edward McKey Hallowell MD PC |
|---|---|
| *s/Mark Rozenberg* <br> Mark Rozenberg <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> mrozenberg@steinsakslegal.com | *s/Justin T. Kelton* <br> Justin T. Kelton <br> Abrams, Fensterman, LLP <br> 1 Metrotech Center Suite 1701 <br> Brooklyn, NY 11201 <br> Ph: (718) 215-5300 <br> jkelton@abramslaw.com |

## CERTIFICATE OF SERVICE

I certify that on May 26, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark Rozenberg

Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

SO ORDERED.

May 30, 2024

*Robert M. Levy*
United States Magistrate Judge